UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT L. KING,

           Plaintiff,

   v.

WHATCOM COUNTY,

           Defendant.

Case No. C15-0804-MJP

ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

The Court, having reviewed plaintiff's amended complaint, defendant's motion to dismiss, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Defendant's motion to dismiss (Dkt. 16) is GRANTED;

    (3)    Plaintiff's amended complaint (Dkt. 11) and this action are DISMISSED with prejudice under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted; and

/ / /

ORDER GRANTING DEFENDANT'S
MOTIONS TO DISMISS - 1

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Mary Alice Theiler.

DATED this 14th day of December, 2015.

Marsha J. Pechman
Chief United States District Judge

ORDER GRANTING DEFENDANT'S
MOTIONS TO DISMISS - 2